IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAY E. GLENEWINKEL | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-2524-E (BT) |
| | § | |
| M.D. CARVAJAL, ET AL. | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Defendant Andrew Ratliff's motion to dismiss the individual-capacity medical indifference claims against him (Doc. 38) is **GRANTED**. By separate judgment, the plaintiff's claims against Ratliff and all other defendants will be **DISMISSED**. *See* Doc. 22 at 1 (ordering dismissal of all claims except for the individual-capacity claims against Ratliff but not issuing a partial judgment at that time).

**SO ORDERED:** November 6, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE